IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **Case No.: 2:05cr315-SRW** |
| ) | |
| **BRENDA J. PENN** ) | |
| ) | |
|     **Defendant.** ) | |

**NOTICE OF APPEARANCE**

    **COMES NOW**, Attorney Amardo Wesley Pitters, and hereby gives notice of his appearance as legal counsel for the defendant in the above-styled cause.

                                                      Respectfully submitted,

                                                    <u>Amardo Wesley Pitters</u>
                                                    **Amardo Wesley Pitters, Esquire**
                                                    **Attorney for the Defendant**
                                                    **Alabama State Bar No.: 8989-T64A**

**OF COUNSEL:**

*A. WESLEY PITTERS, P.C.*
**1145 South Perry Street (36104)**
**Post Office Box 1973**
**Montgomery, Alabama  36102-1973**
**Telephone: (334) 265-3333**
**Telecopier: (334) 265-3411**
**Email: awpitters@pitterslawfirm.com**

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this the   30   day of January, 2006, a copy of the foregoing was duly served upon the following:

> **Hon. Kent Brunson**
> **Assistant United States Attorney**
> **Office of the United States Attorney**
> **Criminal Division**
> **Middle District of Alabama**
> **Post Office Box 197**
> **Montgomery, Alabama  36101-0197**
>
> **Hon. Neal B. Frazier**
> **Special Assistant United States Attorney**
> **HQ AU/JA**
> **50 LeMay Plaza South**
> **Maxwell AFB, Alabama 36112-6334**

via efile and United States Postal Service.

> /Amardo Wesley Pitters
> **Amardo Wesley Pitters, Esquire**