IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 2:05cr315-SRW |
| ) | |
| BRENDA J. PENN ) | |
| ) | |
|     Defendant. ) | |

**NOTICE OF SCHEDULING CONFLICT**

    **COMES NOW**, Amardo Wesley Pitters, Esquire, counsel for the defendant in the above-styled cause, and give notice to the court that he has a scheduling conflict with regards to the arraignment set for March 7, 2006 at 10:00 a.m. Counsel is scheduled for a motion docket in the Circuit Court of Crenshaw County at 9:00 a.m. Counsel contacted the court earlier today so as to advise of his conflict and to ascertain whether this has other cases set for arraignment. Counsel was advised that this case was one of fifteen (15) cases set for arraignment. Counsel would have this court place the above-styled cause at the end of its docket so as to afford counsel an accommodation of the conflict.

    Respectfully submitted,

    <u>Amardo Wesley Pitters</u>
    **Amardo Wesley Pitters, Esquire**
    **Attorney for the Defendant**
    **Alabama State Bar No.: 8989-T64A**

**OF COUNSEL:**

*A. WESLEY PITTERS, P.C.*
**1145 South Perry Street (36104)**
**Post Office Box 1973**
**Montgomery, Alabama  36102-1973**
**Telephone: (334) 265-3333**
**Telecopier: (334) 265-3411**
**Email: awpitters@pitterslawfirm.com**


**CERTIFICATE OF SERVICE**

    I hereby certify that on this the   6   day of March, 2006, a copy of the foregoing was duly served upon the following:

        **Hon. Kent Brunson**
        **Assistant United States Attorney**
        **Office of the United States Attorney**
        **Criminal Division**
        **Middle District of Alabama**
        **Post Office Box 197**
        **Montgomery, Alabama  36101-0197**

        **Hon. Neal B. Frazier**
        **Special Assistant United States Attorney**
        **HQ AU/JA**
        **50 LeMay Plaza South**
        **Maxwell AFB, Alabama 36112-6334**

via e-file.

        /Amardo Wesley Pitters
        **Amardo Wesley Pitters, Esquire**