| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE: March 7, 2006** |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDING: 10:34 - 10:38** |

√ **ARRAIGNMENT**    ❐ **CHANGE OF PLEA**    ❐ **CONSENT PLEA**
❐ **RULE 44(c) HEARING**    ❐ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Rus Walker        **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:05cr315-W                     **DEFENDANT NAME:** Brenda J. Penn
**AUSA:** Neal Frazier                           **DEFENDANT ATTORNEY:** Wesley Pitters

Type counsel ( )Waived; (√)Retained; ( )CJA; ( )FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**

Interpreter present? ( √ )NO; ( )YES   Name:

---

√ This is defendant's **FIRST APPEARANCE.**

❐ Financial Affidavit executed. ORAL MOTION for appointment of Counsel.

❐ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.

❐ **WAIVER OF INDICTMENT** executed and filed.

❐ **INFORMATION** filed.

❐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**    √ **Not Guilty**
   ❐ Guilty as to:
      ❐ Count(s):
      ❐ Count(s):          ❐ dismissed on oral motion of USA
                            ❐ to be dismissed at sentencing

❐ Written plea agreement filed    ❐ **ORDERED SEALED**

❐ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Count

√ **MISDEMEANOR CRIMINAL TERM:**    5/15/06        ❐ **WAIVER OF SPEEDY TRIAL** filed.
     **DISCOVERY DISCLOSURE DATE:**   3/8/06

❐ **ORDER:** Defendant continued under ❐ same bond; ❐ summons; for:
      ❐ Trial on _____; ❐ Sentencing on _____

❐ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
      ❐ Trial on _____; or ❐ Sentencing on _____

❐ Rule 44 Hearing:  ❐ Waiver of Conflict of Interest Form executed
         ❐ Defendant requests time to secure new counsel