IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.: 2:05-cr-315-SRW |
| | ) | |
| BRENDA J. PENN | ) | |
| | ) | |
| Defendant. | ) | |

RECEIVED 2006 MAY -8 P 2:29
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## MOTION FOR CONTINUANCE

**COMES NOW**, Defendant Brenda J. Penn, by and through his undersigned counsel and move this Honorable Court for a continuance of the trial set for May 15, 2005 in the above-styled cause. In support thereof, defendant shows the court as follows:

1. The defendant and the government have agreed to dispose of this case via pre-trial diversion. There is a pending pre-trial diversion investigation and this cause will not be ready for trial as scheduled. The defendant and the government are in agreement that a continuance is in order.

2. Contemporaneously filed herewith is a notice of waiver of speedy trial and the defendant's waiver of his right to a speedy trial.

**WHEREFORE, PREMISES CONSIDERED**, defendant moves the court for a continuance of the trial.

Respectfully submitted,

_____
Amardo Wesley Pitters, Esquire
Attorney for the Defendant
Attorney Bar Code: PIT025

OF COUNSEL:

*A. WESLEY PITTERS, P.C.*
1145 South Perry Street
Post Office Box 1973
Montgomery, Alabama 36102-1973
Telephone: (334) 265-3333
Telecopier: (334) 265-3411
Email: awpitters@pitterslawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the _____8_____ day of May, 2006, a copy of the foregoing was duly served upon the following counsel of record:

> Hon. Kent Brunson
> Assistant United States Attorney
> Office of the United States Attorney
> Criminal Division
> Middle District of Alabama
> Post Office Box 197
> Montgomery, Alabama  36101-0197
>
> Hon. Neal B. Frazier
> Special Assistant United States Attorney
> HQ AU/JA
> 50 LeMay Plaza South
> Maxwell AFB, Alabama 36112-6334

by United States Mail.

_____
Amardo Wesley Pitters, Esquire