IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) Case No.: 2:05cr315-SRW |
| | ) |
| BRENDA J. PENN | ) |
| | ) |
| Defendant. | ) |

### DEFENDANT'S WAIVER OF SPEEDY TRIAL

**COMES NOW**, Defendant Brenda J. Penn, having been informed of my rights to a speedy trial within seventy (70) days of my indictment. I am aware that the right to have this trial within this seventy day period is not absolute and that the Court, based upon the need for justice, or at my request or by the government may grant a continuance and extend the time period before my trial.

I hereby knowingly waive my rights to a speedy trial pursuant to *Title 18 United States Code §3161*.

**RESPECTFULLY SUBMITTED** this the 8th day of May, 2006.

/s/ Brenda J. Penn
Brenda J. Penn
**Defendant**

## CERTIFICATE OF SERVICE

I hereby certify that on this the _____8_____ day of May, 2006, a copy of the foregoing was duly served upon the following:

>Hon. Kent Brunson
>Assistant United States Attorney
>Office of the United States Attorney
>Criminal Division
>Middle District of Alabama
>Post Office Box 197
>Montgomery, Alabama  36101-0197
>
>Hon. Neal B. Frazier
>Special Assistant United States Attorney
>HQ AU/JA
>50 LeMay Plaza South
>Maxwell AFB, Alabama 36112-6334

via United States Mail.

_/s/ Amardo Wesley Pitters_
Amardo Wesley Pitters