IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| vs. | ) Case No.: 2:05cr315-SRW |
| BRENDA J. PENN | ) |
| Defendant. | ) |

RECEIVED 2006 JUL 12 P 12: 42
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

### NOTICE OF WAIVER OF SPEEDY TRIAL

COMES NOW, counsel of record for Brenda J. Penn, and gives notice of Defendant's waiver of her right to a speedy trial. Attached to the foregoing notice is *Defendant's Waiver of Speedy Trial.*

RESPECTFULLY SUBMITTED this the 12th day of July, 2006.

_____
Amardo Wesley Pitters, Esquire
Attorney for the Defendant
Alabama State Bar No.:8998-T64A

OF COUNSEL:

A. WESLEY PITTERS, P.C.
1145 South Perry Street (36104)
Post Office Box 1973
Montgomery, Alabama 36102-1973
Telephone: (334) 265-3333
Telecopier: (334) 265-3411
Email: awpitters@pitterslawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the ___12___ day of July, 2006, a copy of the foregoing was duly served upon the following:

        Hon. Kent Brunson
        Assistant United States Attorney
        Office of the United States Attorney
        Criminal Division
        Middle District of Alabama
        Post Office Box 197
        Montgomery, Alabama  36101-0197

        Hon. Neal B. Frazier
        Special Assistant United States Attorney
        HQ AU/JA
        50 LeMay Plaza South
        Maxwell AFB, Alabama 36112-6334

via United States Mail.

_____
Amardo Wesley Pitters, Esquire