IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| vs. | ) Case No.: 2:05cr315-SRW |
| BRENDA J. PENN | ) |
| Defendant. | ) |

RECEIVED
2006 JUL 12  P 12:42
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## MOTION FOR CONTINUANCE

**COMES NOW**, Defendant Brenda J. Penn, by and through his undersigned counsel and move this Honorable Court for a continuance of the trial set for July 17, 2005 in the above-styled cause. In support thereof, defendant shows the court as follows:

1. The defendant and the government have agreed to dispose of this case via pre-trial diversion. There is a pending pre-trial diversion investigation and this cause will not be ready for trial as scheduled. The defendant and the government are in agreement that a continuance is in order. Further counsel for the defendant will be out of the country.

2. Contemporaneously filed herewith is a notice of waiver of speedy trial and the defendant's waiver of her right to a speedy trial.

**WHEREFORE, PREMISES CONSIDERED,** defendant moves the court for a continuance of the trial.

Respectfully submitted,

_____
Amardo Wesley Pitters, Esquire
Attorney for the Defendant
Attorney Bar Code: PIT025

OF COUNSEL:

*A. WESLEY PITTERS, P.C.*
1145 South Perry Street
Post Office Box 1973
Montgomery, Alabama 36102-1973
Telephone: (334) 265-3333
Telecopier: (334) 265-3411
Email: awpitters@pitterslawfirm.com

### CERTIFICATE OF SERVICE

I hereby certify that on this the ___12___ day of July, 2006, a copy of the foregoing was duly served upon the following counsel of record:

>Hon. Kent Brunson
>Assistant United States Attorney
>Office of the United States Attorney
>Criminal Division
>Middle District of Alabama
>Post Office Box 197
>Montgomery, Alabama  36101-0197
>
>Hon. Neal B. Frazier
>Special Assistant United States Attorney
>HQ AU/JA
>50 LeMay Plaza South
>Maxwell AFB, Alabama 36112-6334

by United States Mail.

_____
Amardo Wesley Pitters, Esquire