IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 2:05cr315-SRW |
| ) | |
| BRENDA J. PENN ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF WAIVER OF SPEEDY TRIAL

COMES NOW, counsel of record for Brenda J. Penn, and gives notice of Defendant's waiver of her right to a speedy trial. Attached to the foregoing notice is *Defendant's Waiver of Speedy Trial.*

RESPECTFULLY SUBMITTED this the 6th day of September, 2006.

_____
Amardo Wesley Pitters, Esquire
Attorney for the Defendant
Alabama State Bar No.:8998-T64A

OF COUNSEL:

*A. WESLEY PITTERS, P.C.*
1145 South Perry Street (36104)
Post Office Box 1973
Montgomery, Alabama 36102-1973
Telephone: (334) 265-3333
Telecopier: (334) 265-3411
Email: awpitters@pitterslawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the ____6____ day of September, 2006, a copy of the foregoing was duly served upon the following:

>Hon. Kent Brunson
>Assistant United States Attorney
>Office of the United States Attorney
>Criminal Division
>Middle District of Alabama
>Post Office Box 197
>Montgomery, Alabama  36101-0197
>
>Hon. Neal B. Frazier
>Special Assistant United States Attorney
>HQ AU/JA
>50 LeMay Plaza South
>Maxwell AFB, Alabama 36112-6334

via United States Mail.

_____
Amardo Wesley Pitters, Esquire